Scott Lee GRAVES, Plaintiff—
Appellant,

v.

Lisa HOLLINGSWORTH, Warden;
Alexa Matason, RDAP Coordinator;
Leonard Webb, Drug Treatment Specialist, Defendants—Appellees.

No. 07–6380.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2007.

Decided: June 8, 2007.

Scott Lee Graves, Appellant Pro Se.
Larry David Adams, Assistant United

256

States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Lee Graves, a state prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Graves v. Hollingsworth,* No. 8:06–cv–00002036–RWT (D.Md. Feb. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*